NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, PLAINTIFF IN ERROR, v. THE MAYOR AND ALDERMEN OF THE CITY OF PATERSON, DEFENDANT IN ERROR.

Submitted March 21, 1910—Decided June 20, 1910.

On error to the Supreme Court.

For the plaintiff in error, *Collins & Corbin.*

For the defendant in error, *Thomas F. McCran.*

PER CURIAM.

The judgment is reversed for the reasons stated in the opinion in Erie Railroad Co. *v.* Paterson, *ante p.* 512.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, MINTURN, BOGERT, VROOM, GRAY, DILL, CONGDON, JJ. 11.